**CONSOVOY MCCARTHY PLLC**
J. Michael Connolly (pro hac vice)
mike@consovoymccarthy.com
Paul R. Draper (Cal. Bar No. 345071)
Marie E. Sayer (pro hac vice)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

**ALTVIEW LAW GROUP LLP**
John M. Begakis (Cal. Bar No. 278681)
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Counsel for Plaintiff*

[Counsel for Defendants listed on following page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DEFENDING EDUCATION,<br><br>*Plaintiff*,<br><br>v.<br><br>MARIA ANGUIANO, in her official capacity as Regents, et al.,<br><br>*Defendants*. | Case No. 8:26-cv-01574-FWS-AYP<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon Fred W. Slaughter<br>Action Filed: June 18, 2026 |

**O'Melveny & Myers LLP**
Adam J. Karr (Cal. Bar No. 212288)
akarr@omm.com
Marni B. Robinow (Cal. Bar No. 313412)
mrobinow@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**O'Melveny & Myers LLP**
Tristan Morales (Cal. Bar No. 278498)
tmorales@omm.com
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile (202) 383-5414

*Counsel for Defendants*

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties and their respective counsel hereby stipulate and agree upon the following:

1. Plaintiffs filed this action against Defendants on June 18, 2026.

2. All claims are voluntarily dismissed, without prejudice, against the following Defendants:

    a. Maria Anguiano, Rusty Areias, Elaine Batchlor, Sonya Brooks, Carmen Chu, Michael Cohen, Jose M. Hernandez, Mabelle Hueston, Brian Komoto, Nancy Lee, Hadi Makerechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Chip Robertson, Mark Robinson, Gregory Sarris, Jonathan Sures, Ann Wang, Gavin Newsom, Eleni Kounalakis, Robert Rivas, and Tony Thurmond, in their official capacities as Regents of the University of California;

    b. Rachael Nava, in her official capacity as Executive Vice President and Chief Operating Officer of the UC System;

    c. Dianna Henderson, in her official capacity as Vice President of Systemwide Human Resources and Chief Human Resources Officer;

    d. Mark Krause, in his official capacity as UCLA's Associate Vice Chancellor and Chief Compliance and Audit Officer;

    e. Kristen K. Quanbeck, in her official capacity as UCI's Vice Chancellor for Equal Opportunity and Compliance;

1

f. Gwendolyn Kuhns Black, in her official capacity as UCI's Assistant Vice Chancellor for Equal Opportunity and Diversity; and

g. Shenethia Manuel, in her official capacity as UCSD's Chief Ethics and Compliance Officer.

3. The following Defendants remain in this case:

a. James B. Milliken, in his official capacity as President of the University of California;

b. Catherine Criswell Spear, in her official capacity as the Executive Director of the Systemwide Office of Civil Rights;

c. Nicoli Richardson, in her official capacity as the Systemwide Title IX Director;

d. Julio Frenk, in his official capacity as Chancellor of UCLA;

e. Mohammed Cato, in his official capacity as UCLA's Director of the Title IX Office;

f. Howard Gillman, in his official capacity as Chancellor of UCI;

g. Tierney Anderson, in her official capacity as UCI'S Assistant Vice Chancellor for Equal Opportunity and Title IX;

h. Pradeep K. Khosla, in his official capacity as Chancellor of UCSD; and

2

i. Michael Diaz, in his official capacity as UCSD's Director of the Office for the Prevention of Harassment and Discrimination and UCSD's Title IX Officer.

4. Defendants stipulate that the remaining Defendants, in their official capacities and on behalf of the University of California or the applicable campuses, have authority to implement, or cause the implementation of, any relief the Court may order. Nothing in this stipulation constitutes an admission regarding liability, the merits of any claim or defense, standing, or the propriety or scope of the requested relief.

Dated: August 7, 2026

*/s/ Adam J. Karr*
**O'Melveny & Myers LLP**
Adam J. Karr (Cal. Bar No. 212288)
Marni B. Robinow (Cal. Bar
  No. 313412)
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2811
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
akarr@omm.com
mrobinow@omm.com

**O'Melveny & Myers LLP**
Tristan Morales (Cal. Bar No. 278498)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile (202) 383-5414
tmorales@omm.com

*Counsel for Defendants*

Respectfully submitted,

*/s/ J. Michael Connolly*
**CONSOVOY MCCARTHY PLLC**
J. Michael Connolly (pro hac vice)
Paul R. Draper (Cal. Bar No. 345071)
Marie E. Sayer (pro hac vice)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
paul@consovoymccarthy.com
mari@consovoymccarthy.com

**ALTVIEW LAW GROUP LLP**
John M. Begakis (Cal. Bar No. 278681)
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580
john@altviewlawgroup.com

*Counsel for Plaintiff*

4

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized its filing.

Dated: August 7, 2026                    */s/ J. Michael Connolly*
                                          Counsel for Plaintiff