UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

DEFENDING EDUCATION,

*Plaintiff*,

v.

MARIA ANGUIANO, in her official capacity as Regents, *et al.*,

*Defendants*.

Case No. 8:26-cv-01574-FWS-AYP

PRELIMINARY INJUNCTION

Plaintiff Defending Education ("DE") alleges that the University of California is violating the First and Fourteenth Amendments to the United States Constitution by way of a "a speech code that punishes students for engaging in protected speech[.]" (Dkt. 1 ("Complaint" or "Compl.") ¶ 2.) The Defendants in this case are: James B. Milliken, in his official capacity as President of the University of California; Catherine Criswell Spear, in her official capacity as the Executive Director of the Systemwide Office of Civil Rights; Nicoli Richardson, in her official capacity as the Systemwide Title IX Director; Julio Frenk, in his official capacity as Chancellor of UCLA; Mohammed Cato, in his official capacity as UCLA's Director of the Title IX Office; Howard Gillman, in his official capacity as Chancellor of UCI; Tierney Anderson, in her official capacity as UCI'S Assistant Vice Chancellor for Equal Opportunity and Title IX; Pradeep K. Khosla, in his official capacity as Chancellor of UCSD; and Michael Diaz, in his official capacity as UCSD's Director of the Office for the Prevention of Harassment and Discrimination and UCSD's Title IX Officer. On September 14, 2026, the court issued an order granting in part DE's motion for preliminary injunction. (Dkt. 29 (the "Order").)

For the reasons stated in the court's order/the Order, Defendants, and their agents, servants, employees, successors, assigns, or attorneys, and all persons insofar as they are acting in concert or participation with Defendants who receive actual notice of this Preliminary Injunction by personal service or otherwise, are hereby **ENJOINED**, during the pendency of this action, from taking any action to enforce the policies DE challenges in this action (i.e., the Sexual Violence and Sexual Harassment Policy and FAQ 14) against DE's members for referring to another person, in a commonplace way, using pronouns or birth names, that are consistent with the other person's birth sex but inconsistent with that person's gender identity. If any Defendant

takes any action against one or more of DE's members in violation of the Order, any member subject to such action may disclose the membership to the Defendant (including by making such disclosure through counsel), whereupon that Defendant must cease and/or reverse the violating action.

It shall not be a violation of the Order for Defendants to enforce the Sexual Violence and Sexual Harassment Policy to prevent the abuse of transgender students, just as they enforce the policy to prevent the abuse of all other students.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE